UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELINDA STOCKSTILL, ET AL.

VERSUS

WAL-MART STORES, INC., ET AL.

CIVIL ACTION

NUMBER 10-95-FJP-SCR

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Reports[1] to which objections[2] were filed:

IT IS ORDERED that the Supplemental and Amending Motion to Remand filed by plaintiff Melinda Stockstill, individually and on behalf of her minor children, Emily Stockstill and Maizie Stockstill, shall be denied.[3]

Baton Rouge, Louisiana, April 13, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 26 and 29.

[2] Rec. Doc. Nos. 25 and 28(filed into the record by Wal-Mart Stores, Inc., Wal-Mart of Louisiana, LLC, and Unarco Industries, LLC as oppositions to the motions to remand).

[3] Rec. Doc. Nos. 21 and 27.

Doc#47171